Opinion issued June 7, 2007










In The

Court of Appeals

For The

First District of Texas






NO. 01-07-00027-CV






DOV AVNI KAMINETZKY A/K/A DOV K. AVNI, Appellant


V.


CONDOR EQUITIES, L.P.; ESTATE OF SAMUEL NEWMAN; ESTATE
OF ELEANOR NEWMAN; HOLLY BLANK; DAVID A. NEWMAN; THE
STATE OF NEW YORK; FROST NATIONAL BANK OF SAN ANTONIO,
AND STATE STORES, INC., Appellees






On Appeal from the 333rd District Court

Harris County, Texas

Trial Court Cause No. 2004-42762






MEMORANDUM OPINION Appellant Dov Avni Kaminetzky a/k/a Dov K. Avni has failed to timely file a
brief. See Tex. R. App. P. 38.8(a) (failure of appellant to file brief). After being
notified that this appeal was subject to dismissal, appellant did not adequately
respond. See Tex. R. App. P. 42.3(b) (allowing involuntary dismissal of case).

 The appeal is dismissed for want of prosecution for failure to timely file a brief. 
All pending motions are denied.

PER CURIAM

Panel consists of Justices Taft, Hanks, and Bland.